UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH J. GENTILE, JR., <br><br> Plaintiff, <br><br> -against- <br><br> EDWARD BURNETT, ET AL., <br><br> Defendants. | 22-CV-8411 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the April 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 17, 2023
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge